UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN NEBLETT,

    Petitioner,

    v.

S. W. ORNOSKI, warden,

    Respondent.
                                      /

No. C 05-4228 SI (pr)

**ORDER EXTENDING DEADLINES**

    Respondent has filed a second <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Denise Yates, the court GRANTS respondent's request. (Docket # 15.) Respondent must file and serve his answer or any motion to dismiss no later than **November 30, 2006**. No further extensions of this deadline will be permitted. Petitioner must file and serve his traverse (or opposition to a motion to dismiss) no later than **December 28, 2006**. If respondent files a motion to dismiss, he must file and serve his reply brief (if any) no later than **January 12, 2007**.

    IT IS SO ORDERED.

DATED: November 15, 2006                                      _____
                                                                         SUSAN ILLSTON
                                                                   United States District Judge