UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN NEBLETT,

    Petitioner,

v.

S. W. ORNOSKI, warden,

    Respondent.

No. C 05-4228 SI (pr)

**JUDGMENT**

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 14, 2008

_____
SUSAN ILLSTON
United States District Judge