UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NEBLETT,<br><br>    Petitioner,<br><br>  v.<br><br>S. W. ORNOSKI,<br><br>    Respondent.                  / | No. C 05-4228 SI (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

The Court denied the petition filed in the above-titled action, and entered judgment in favor of respondent. A certificate of appealability will not issue. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Court of Appeals.

**IT IS SO ORDERED**.

DATED: July 26, 2010

                                            SUSAN ILLSTON
                                      United States District Judge